IN THE UNITED STATES DISTRICT COURT FOR RHODE ...

MICHAEL KESELICA,
Petitioner

Case No. ________________

vs.

WARDEN MCCAULEY, ACI
and Commonwealth of Virginia,
Respondents

PETITION FOR WRIT OF HABEAS CORPUS SUBSECTION 2254

COMES NOW Petitioner, Michael Keselica, prose, and moves this Court to grant Petitioner's release pursuant to subsection 2254 of the U.S.C. 28, as Petitioner is being illegally detained and in support thereof states the following:

On September 15, 2003, the Eastern District of Virginia denied Petitioner's original Subsection 2254 Petition for Writ of Habeas Corpus, specifically Petitioner's Argument 16 which asserted that the imposition of seven years of Petitioner's previously suspended sentence on September 17, 1999, after Petitioner's probation was revoked, was voided because, according to the actions of the trial court, Petitioner was placed back on probation.

The U.S. District Court, in its September 15, 2003 Or stated that: "The record does not disclose that Petitione was ever reinstated on probation."

That Court further stated that: "Claim 16 will be dismissed because Petitioner has not offered "clear and conv evidence that the record is inaccurate."

1

What Petitioner had offered as evidence was the trial court's June 6, 2001 Show Cause Bench Warrant, issued because it was alleged that Petitioner violated the terms of his probation in 2001.

What Petitioner has to offer now is new evidence which further strengthens Petitioner's original Claim 16 - that the imposition of 7 years of Petitioner's previously suspended sentence on September 17, 1999 was voided by the Virginia trial court as a result of the following actions by the Circuit Court for Fairfax County, Virginia.

1. Petitioner was arrested on June 21, 2001 as a fugitive from justice from Virginia for allegedly violating the terms of his probation on a June 6, 2001 Show Cause Bench Warrant.
2. Petitioner subsequently contested extradition, and after Virginia Governor Gilmore's Requisition Warrant was issued, stating that Petitioner was wanted, as a fugitive from justice, for violating the terms of his probation in 2001, the State of Maryland nolle prossed these fugitive charges on July 20, 2001.
3. On December 17, 2001, Fairfax County, Virginia placed this same June 6, 2001 Show Cause Bench Warrant as a detainer on Petitioner when Petitioner was serving a Maryland sentence.
4. After Petitioner was paroled from his Maryland sentenc Petitioner was again arrested as a fugitive from justic from Virginia for allegedly violating the terms of hi probation based on the June 6, 2001 Show Cause Bench Warrant, on December 31, 2003.

5. Petitioner again contested extradition, and on February 17, 2004, Petitioner was released from custody only to be re-arrested the next day as a fugitive from justice from Virginia for allegedly violating the terms of his Virginia probation.
6. Petitioner again contested extradition and on June 4, 2004 was released on a Writ of Habeas Corpus after successfully contesting extradition to Virginia.
7. On August 3, 2006, Petitioner was arrested in Rhode Island as a fugitive from justice from Virginia for allegedly violating the terms of his probation.
8. Petitioner has again contested extradition, as Virginia recently submitted their Governor's Requisition Warrant with supporting documents, which state that Petitioner is wanted for an August 16, 2004 violation of his probation.
9. Petitioner is currently incarcerated at the Adult Correctional Institution, Cranston, Rhode Island on Virginia's Requisition Warrant and begs an answer from this Court as to how Petitioner can be a fugitive from justice from Virginia for allegedly violating the terms of his probation when Petitioner's probation was revoked on September 17, 1999 and a seven year sentence imposed.

## Prior Proceedings

Petitioner exhausted his state remedies - The COA of VA dismissed Petitioner's Appeal on 8/16/05 and the Supreme Court of VA dismissed Petitioner's Petition on October 6, 2005.

## Questions Presented for Review

1. Petitioner is currently illegally in custody in Rhode Island under the Circuit Court for Fairfax County, Virginia's Amended June 6, 2001 Show Cause Bench Warrant (amended, allegedly, on August 16, 2004), as the trial court erred in denying Petitioner's Motion to Quash the June 6, 2001 Violation of Probation Bench Warrant.

2. Petitioner is currently illegally in custody in Rhode Island under the Circuit Court for Fairfax County, Virginia's August 16, 2004 Bench Warrant as the trial court erred in denying Petitioner's Motion to Quash the August 16, 2004 Bench Warrant.

3. The June 6, 2001 Violation of Probation Bench Warrant is now moot, or invalid, as Petitioner successfully contested extradition to the Commonwealth of Virginia on this warrant and by operation of the issuance of the August 16, 2004 Bench Warrant to begin serving a 7 year sentence in the same case. Therefore, Petitioner is currently illegally in custody in Rhode Island, as Petitioner was arrested and incarcerated as a fugitive from justice from Virginia based on this warrant.

4. The imposition of Petitioner's suspended sentence on September 17, 1999 was rendered moot, or invalid,

upon the issuance of a new violation of probation bench warrant on June 6, 2001 and by operation of two subsequent extradition proceedings where Virginia asserts that Petitioner is a fugitive from justice for a new probation violation after September 17, 1999.

5. The trial court and Virginia appellate courts erred when it stated that the trial courts' Final Orders dated March 16, 2005, denying Petitioner's Motions to Quash, are not appealable, as they are post conviction motions.

WHEREFORE, for the facts presented above, Petitioner respectfully requests a hearing on the merits of Petitioner's Petition for Writ of Habeas Corpus and with it Petitioner's release from custody.

Sincerely,

Michael Keselica
Petitioner - Pro Se
#131867

P.O. Box 8249
Cranston, RI 02920

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of October, 2006, a copy of the foregoing was mailed postage paid first class to Warden McCauley, ACI, P.O. Box 8249, Cranston, RI 02920

Michael Keselica