MICHAEL KESELICA,
Petitioner

CA 06 448
Case No.

vs.

WARDEN MCCAULEY, ACI
and COMMONWEALTH OF VIRGINIA,
Respondents

PETITIONER'S MOTION FOR THE UNITED STATES DISTRICT COURT OF RHODE ISLAND TO INVOKE JURISDICTION TO HEAR PETITIONER'S PETITION FOR HABEAS CORPUS SUBSECTION 2254

COMES NOW Petitioner, Michael Keselica, prose, and respectfully moves this Court to invoke jurisdiction pursuant to the powers vested to this by the United States Constitution to hear Petitioner's Petition for Habeas Corpus 2254 and in support thereof states the following:

1. On August 3, 2004, Petitioner was arrested in Warwick, Rhode Island as a fugitive from justice from Virginia for allegedly violating the terms of his probatio

2. Petitioner subsequently contested extradition under the protection of the Full Faith and Credit under Article IV, Subsection 1 of the U.S. Constitution, as Petitioner had already successfully contested extradition in Maryland as a fugitive from justice from Virginia for allegedly violating the terms of his probation on June 4, 2004, when Petitioner was granted his release on a Writ of Habeas Corpus.

Petitioner is now incarcerated at the Adult Correctional Institution in Cranston, Rhode Island for a Virginia fugitive charge that the United States District Court in Virginia opinioned held no merit on September 15, 2003, in Petitioner's first subsection 2254 habeas filing, civil action no. 3:02 CV 575.

Evidently this Virginia fugitive charge is meritorious, according to the Virginia state courts and Petitioner respectfully requests this Court, the U.S. District Court for Rhode Island, to hear Petitioner's successive subsection 2254 habeas petition, as it can, as Petitioner is currently incarcerated in Rhode Island and as the U.S. District Court of Virginia has continually shown indifference and prejudice towards Petitioner's valid arguments, even though the evidence, Virginia's continual fugitive pursuit of Petitioner, proves otherwise.

HELP ME - PLEASE.

Respectfully submitted,

[signature]

Michael Keselica
Petitioner- Pro Se
#131867
P.O. Box 8249
Cranston, RI 02920

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of October, 2006 the foregoing was mailed postage paid first class to Warden McCauley, ACI, P.O. Box 8249, Cranston, RI 02920

[signature]

Michael Keselica