MICHAEL KESELICA,
Petitioner

vs. Case No. ____________

WARDEN MCCAULEY, ACI
and COMMONWEALTH OF VIRGINIA,
Respondents

PETITIONER'S REQUEST FOR PERMISSION TO FILE A SUCCESSIVE SUBSECTION 2254 PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW Petitioner, Michael Keselica, pro se, and respectfully requests this Court to grant Petitioner's Request to File a Successive Subsection 2254 Petition for Writ of Habeas Corpus and in support thereof states the following:

1. On July 25, 2002, Petitioner filed 2 subsection 2254 Petitions for Writ of Habeas Corpus attacking both Petitioner's February 8, 1995 Embezzlement conviction in the Circuit Court for Fairfax County, Virginia and the September 17, 1999 revocation of Petitioner's probation in the Circuit Court for Fairfax County, Virginia.

2. On September 15, 2003, the U.S. District Court for the Eastern District of Virginia denied both of Petitioner's Habeas Petitions, civil action no. 3:02 CV 575.

3. Recently, new evidence has been submitted by the Circuit Court for Fairfax County, Virginia which should allow Petitioner to file a successive subsecti

2254 Petition for Writ of Habeas Corpus challenging Petitioner's September 17, 1999 revocation of his suspended sentence and termination of his probation. (See Petitioner's attached Subsection 2254 Writ of Habeas Corpus)

Virginia continues to seek to extradite Petitioner (3rd time), this time from Rhode Island, as a fugitive from justice from Virginia for allegedly violating the terms of his probation.

This new evidence is totally inopposite to U.S. Magistrate Judge David Lowe's September 15, 2003 Order dismissing Petitioner's first subsection 2254 Petition for Writ of Habeas Corpus and has now resulted in Petitioner's current incarceration.

Judge Lowe's glaring error, as seen by the trial court for Fairfax County, Virginia's subsequent legal actions against Petitioner, begs this successive 2254, from a neutral court under whose jurisdiction Petitioner is currently incarcerated and illegally detained, based on this new evidence, and Petitioner respectfully requests the opportunity to present to this Court all the new evidence presented by the Circuit Court for Fairfax County, Virginia that should allow a successive 2254 habeas petition to be filed.

WHEREFORE, in consideration of Petitioner's motion, Petitioner respectfully requests this Court to either grant Petitioner's request to file a successive subsection 2254 petition or to grant Petitioner an evidentiary hearing to hear the merits of Petitioner's request to file a successive 2254 habeas petition.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of October, 2006, a copy of the foregoing was mailed postage paid first class to Warden McCauley, ACI, P.O. Box 8249, Cranston, RI 02920.

[signature]
Michael Keselica