UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL KESELICA, :
Petitioner, :
v. :
: CA 06-448 ML
WARDEN MCCAULEY, ACI, and :
COMMONWEALTH OF VIRGINIA, :
Respondents. :

**ORDER DIRECTING RESPONSE TO MOTIONS**

Before the Court are two motions filed by Petitioner Michael Keselica ("Petitioner"): Petitioner's Motion for the United States District Court of Rhode Island to Invoke Jurisdiction to Hear Petitioner's Petition for Habeas Corpus Subsection 2254 (Document ("Doc.") #2) ("Motion to Invoke Jurisdiction") and Petitioner's Request for Permission to File a Successive Subsection 2254 Petition for Writ of Habeas Corpus (Doc. #3) ("Motion to File Successive Petition") (collectively the "Motions"). The Motions have been referred to me for determination pursuant to 28 U.S.C. § 636(b)(1)(A).[1]

In an order dated October 16, 2006, the Court denied without prejudice Petitioner's Application to Proceed without Prepayment

---

[1] 28 U.S.C. § 636(b)(1)(A) states that:

> [A] judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action. A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

28 U.S.C. § 636(b)(1)(A).

of Fees and Affidavit (Doc. #4) ("Application") and held in abeyance the Motion to Invoke Jurisdiction and Motion to File Successive Petition. See Order Re Motions Filed by Petitioner (Doc. #5) ("Order of 10/16/06") at 2-3. The Court stated that if Petitioner refiled the Application in conformity with the Order of 10/16/06 or paid the $5.00 filing fee by November 10, 2006,[2] the Court would direct Respondent McCauley, or the State of Rhode Island ("State") on his behalf, to file a response to the Motions. See id. Petitioner has since paid the filing fee. See Docket.

Accordingly, **Respondent McCauley, or the State on his behalf, is hereby directed to file a response to the Motion to Invoke Jurisdiction and Motion to File Successive Petition within twenty-one (21) days of the date of this order.** After it receives the response, the Court will determine whether it can rule on the papers or whether a hearing is necessary.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
November 8, 2006

BY ORDER:

Deputy Clerk

[2] Strictly speaking, the Court stated that Petitioner "may refile the Application with the required affidavit and certified copy of his prisoner trust fund account statement or with the $5.00 filing fee." Order Re Motions Filed by Petitioner ("Order of 10/16/06") at 2 (footnotes omitted). The Court, however, finds that Petitioner has substantially complied with the Order of 10/16/06.