August 21, 2006

Governor Timothy Kaine
Office of the Governor
P. O. Box 2454
Richmond, Virginia 23218

Re: Commonwealth of Virginia vs Michael Keselica

Dear Governor Kaine,

If you haven't received it yet, you should be receiving a requisition application from the Deputy Commonwealth Attorney for Fairfax County, Virginia for my extradition from the State of Rhode Island.

This will be the third requisition application for my extradition (2 in Maryland) from that office in the past 5 years, spanning the terms of 3 Virginia Governors — Governors' Gilmore, Warner and now your Excellency.

There are several facts I want to make you aware of as I prepare for my third extradition battle regarding the repeated violation of my rights in the Circuit Court for Fairfax County.

This Requisition Application that you are to receive from Fairfax County will be their third, however, on their second requisition application to Governor Warner, the Deputy Commonwealth Attorney stated it was the first time a requisition application/request was submitted to the Office of the Governor in this matter. Not true and I think that you need to make sure that this office hasn't perjured themselves again and then you un-knowingly then aid in the commission of their crime [across state lines].

Governor Kaine, I felt that you needed to be apprised of this

* Exhibit A *

fact.

I'm also enclosing a copy of a letter I sent to Governor Warner back on June 28, 2004. Because of this letter, the Circuit Court for Fairfax County, Virginia issued a warrant of retribution for me to begin serving a 7 year sentence even though I had not exhausted all my appellate avenues as the warrant stated.

Well, there it is in a nutshell. I successfully contested extradition based on an erroneous warrant, get punished for executing Article IV, subsection 2, clause 2 of the U.S. Constitution, move to Rhode Island to bury my Mom and to take care of my Dad, and then am re-arrested again as a fugitive from justice in Rhode Island — even though I am not a fugitive from justice and have proven as such.

The purpose of my letter is the hope that you investigate the facts of my case before you affix your signature on your Requisition Warrant because if you don't, you will be continuing a grave miscarriage of justice.

Respectfully yours,

[signature]

Michael Keselica
An American [our fore-fathers would be proud of]
#131867
P.O. Box 8249
Cranston, RI 02920