August 25, 2006

Governor Donald L. Carcieri
Office of the Governor
222 State House
Providence, RI 02903-1196

Dear Governor Carcieri,

Sometime in the next several weeks you will be receiving a Requisition Warrant from Virginia Governor Timothy Kaine requesting my extradition to the Commonwealth of Virginia as an alleged fugitive from justice from that State.

The purpose of my letter to you is two-fold.

First, any such extradition would be a grave miscarriage of justice.

Secondly, I am requesting a Governor's Hearing on this matter to set forth the facts as to why I am not a fugitive from justice, in unison with any investigation of this matter by the Rhode Island Attorney General's Office, if requested by your Office, pursuant to Section 12-9 of the Rhode Island Criminal Procedure Code.

A Governor's Extradition Hearing is not statutorily available to me here in Rhode Island, as it was for me in Maryland in front Governor Robert Ehrlich, but I respectfully request one in front of your Excellency so that you can hear my side of the story - the true facts, before you affix your signature to your Rendition Warrant. I say true facts as this is Virginia's third extradition attempt for me (2 in Maryland), yet the Office of the Commonwealth Attorney for Fairfax County, Virginia has attested under penalty of perjury

*Exhibit B*

each time that this was their first requisition application/ request for me and I have alerted Virginia Governor Timothy Kaine to this criminal misrepresentation (if he has actually been presented with my letter), among other material misrepresentations originating from Fairfax County, Virginia.

Finally, as stated by: (1) our forefathers in the United States Constitution; (2) The U.S. Supreme Court; and (3) as adopted by each state pursuant to the Uniform Criminal Extradition Act — "... a State should take care, within the limits of the law, that the rights of its people are protected against illegal action..." My extradition to Virginia would be an illegal action.

This is the fourth time that I've been arrested as a fugitive from justice from Virginia since June 21, 2001. I've already successfully contested extradition to Virginia in Maryland and was discharged on a Writ of Habeas Corpus on June 4, 2004 after my arrest on Maryland Governor Ehrlich's Rendition Warrant. I then moved back (graduated from U.R.I. in 1982) to Newport, Rhode Island in June of this year after my Mom passed away to take care of my Dad and was subsequently arrested in Rhode Island as a fugitive from justice from Virginia [again]. Res Judicata does apply to my current extradition case in Rhode Island and I have the supporting case law to prove it.

"Where a demand is made by the governor of one State upon the governor of another, the duty to surrender is not absolute and unqualified. It depends upon the circumstances of the case."

Governor Carcieri, thank you for taking the time to read

my letter to you.

Sincerely,

[signature]

Michael G. Keselica
#131867
P.O. Box 8249
Cranston, RI 02920

cc: Deborah Smith