Office of the Governor
State of Rhode Island and Providence Plantations
State House
Providence, Rhode Island 02903-1196
401-222-2080

Donald L. Carcieri
Governor

September 14, 2006

Mr. Michael Keselica, #131867
R.I. Department of Corrections
P.O. Box 8249
Cranston, RI 02920

Dear Mr. Keselica:

Your letter to Governor Carcieri regarding your Requisition Warrant for Extradition to Virginia has been directed to the Office of Executive Counsel for review.

I reviewed your request and spoke with the Attorney General's Office and your attorney, Mr. Perlmutter. While I understand your concerns regarding this situation, unfortunately there is nothing more this office can do at this time.

Thank you for your correspondence and best of luck.

Sincerely,

Andrew Hodgkin

Andrew M. Hodgkin
Executive Counsel

cc: Constituent Affairs Control #6289
Matthew Dawson, Assistant Attorney General

* Exhibit C *