*Exhibit F*

IN THE CIRCUIT COURT FOR WASHINGTON COUNTY, MARYLAND

**MICHAEL KESELICA** *
**Petitioner** *
*
**vs.** * **CASE NO. 21-C-04-19379-HC**
*
**MARTIN VAN EVANS, WARDEN** *
**Respondent** *
*****************************************************************

**ORDER**

Upon consideration of Petitioner's Motions and Subpoena Requests, it is this 4th day of June, 2004, by the Circuit Court for Washington County, Maryland, hereby ORDERED:

1. That for good cause shown and in the interests of justice, Petitioner's Petition for Writ of Habeas Corpus is GRANTED;

2. That Petitioner is to be released from custody from the Washington County Detention Center.

(8)

W. Kennedy Boone
W. KENNEDY BOONE, III
JUDGE

Copies To:

✓Michael Keselica #20634, WCDC
State's Attorney's Office
WCDC



FAX: WCDC - BOOKING/RELEASE