CLOSED, LEAD, MAG

# U.S. District Court
# Eastern District of Virginia (Richmond)
# CIVIL DOCKET FOR CASE #: 3:02-cv-00575-DGL

Keselica v. Stouffer, et al
Assigned to: Magistrate Judge David G. Lowe
Demand: $0
Case in other court: Member Case, 3:02-cv-00634
USCA, :03- -07543
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/13/2002
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Michael G. Keselica** represented by **Michael G. Keselica**
#131867
P.O. Box 8249
Cranston, RI 02920
PRO SE

V.

**Respondent**

**J. Michael Stouffer**
*Warden*
represented by **Richard B. Smith**
Office of the Attorney General
900 E Main St
Richmond, VA 23219
(804) 786-2071
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of the Commonwealth of Virginia** represented by **Richard B. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2006 | | NOTICE of Change of Address by Michael G. Keselica (tdai, ) (Entered: 11/07/2006) |
| 11/06/2006 | 54 | MOTION to Reopen Case by Michael G. Keselica. (tdai, ) (Entered: 11/07/2006) |
| 05/16/2005 | | STATE COURT RECORDS returned by UPS to Fairfax County Circuit Court, 4110 Chain Bridge Road, Fairfax, VA 22030 (three black bound transcripts, 1 green folder, 1 manilla folder and 1 loose pleading). (tdai, ) |

| | | |
|---|---|---|
| | | (Entered: 05/16/2005) |
| 09/08/2004 | 53 | USCA Order on petition for rehearing and rehearing en banc is denied; (thom) (Entered: 09/10/2004) |
| 07/13/2004 | 52 | USCA Order that the Court extends the time for filing a petition for rehearing and rehearing en banc until 7/26/04; (thom) (Entered: 07/14/2004) |
| 06/25/2004 | | Record on Appeal returned from U.S. Court of Appeals: (three volumes of pleadings, one green State Court record from Fairfax, one manilla folder of Fairfax documents from VA Supreme Court, three black transcsripts of Fairfax County, and one small set of Fairfax docs) (thom) Modified on 06/25/2004 (Entered: 06/25/2004) |
| 06/25/2004 | 51 | JUDGMENT OF USCA (certified copy) with copy of opinion of USCA affirms the judgment of the District Court re: [40-1] appeal (thom) (Entered: 06/25/2004) |
| 06/25/2004 | 50 | JUDGMENT OF USCA (certified copy) with copy of opinion of USCA denies certificate of appealability and dismisses the appeal of the District Court re: [38-1] appeal, [31-1] appeal (thom) (Entered: 06/25/2004) |
| 06/15/2004 | | LETTER by Michael G. Keselica stating that he was released from the Washington County Detention Center on 6/4/04. However, petitioner is currently at a shelter and not having a proper mailing address until 6/18/04. Asking the Court to hold all mailings to him until he provides the Court with a proper address on or before 6/18/04. Letter received and placed on left of file. (tdai) (Entered: 06/15/2004) |
| 06/03/2004 | 49 | Copy of Opinion of USCA re: [40-1] appeal by Michael G. Keselica, [38-1] appeal by Michael G. Keselica, [31-1] appeal by Michael G. Keselica; Appeal [40-1] affirmed District Court Opinion; Appeal [38-1] and [31-1] Dismissed District Court Opinions; Decided June 3, 2004 attached copy of judgment will not take effect until issuance of the mandate. (thom) (Entered: 06/04/2004) |
| 05/14/2004 | 48 | Memorandum ORDER denying [46-2] motion by Michael G. Keselica to Alter Judgment, denying [46-1] motion by Michael G. Keselica to Amend [45-1] order, denying [47-1] motion by Michael G. Keselica to Supplement Record; ptnr has presented nothing to change the previously stated reasoning of this Court denying ptnr's motion to supplement the record; the Clerk is DIRECTED to forward a copy of ptnr's submissions to the Fourth Circuit Court of Appeals so that it may examine them and make any further determination as to supplementing the record on appeal ( signed by Mag Judge David G. Lowe ) Copies Mailed: yes [EOD Date: 5/14/04] (cmcc) (Entered: 05/14/2004) |
| 03/29/2004 | 47 | MOTION by Michael G. Keselica to Supplement Record (thom) (Entered: 03/30/2004) |
| 03/15/2004 | 46 | OBJECTION by petitioner Michael G. Keselica to [45-1] order (included with motion to alter or amend) (thom) (Entered: 03/15/2004) |

| | | |
|---|---|---|
| 03/15/2004 | 46 | MOTION by Michael G. Keselica to Amend [45-1] order , or by Michael G. Keselica to Alter Judgment (thom) (Entered: 03/15/2004) |
| 02/24/2004 | | Transmitted Supplemental Record on Appeal re: [40-1] Appeal by Michael G. Keselica; Supplement Number One, Volume Nine (USDC Pleadings Numbered 43-45) (walk) (Entered: 02/24/2004) |
| 02/18/2004 | 45 | ORDER denying [42-1] motion by Michael G. Keselica to Supplement Record, denying [44-1] motion by Michael G. Keselica for Injunctive Relief ( signed by Magistrate Judge David G. Lowe ) Copies Mailed: y and placed in USCA box to be sent to USCA [EOD Date: 2/18/04] (khan) (Entered: 02/18/2004) |
| 02/06/2004 | 44 | MOTION by Michael G. Keselica for Injunctive Relief (thom) (Entered: 02/09/2004) |
| 02/03/2004 | 43 | USCA Order that the Court consolidates the above cases for further appellate action, 03-7543, 04-6005, 04-6215; (thom) (Entered: 02/03/2004) |
| 01/20/2004 | | USCA Case Number Re: [40-1] appeal by Michael G. Keselica CASE MANAGER: Amy Brandon USCA NUMBER: 03-7543 (thom) (Entered: 01/22/2004) |
| 01/20/2004 | | Certified and Transmitted Record on Appeal sent to the U.S. Court of Appeals re: [40-1] Appeal by Michael G. Keselica; Volume One (USDC Pleadings 1-19), Volume Two (USDC Pleadings 20-42), Volume Three (Virginia Court of Appeals Pleadings), Volumes Four and Five (Fairfax County Circuit Court Pleadings) and Volumes Six, Seven and Eight (Fairfax County Circuit Court Transcripts of 02/08/1995, 04/21/1995 & 09/17/1999) (walk) Modified on 02/24/2004 (Entered: 01/20/2004) |
| 01/20/2004 | | Copy of (Additional) Notice of Appeal, copy of Order of 12/04/2003 and a certified copy of the docket sheet to USCA re: [40-1] Appeal by Michael G. Keselica (walk) Modified on 01/20/2004 (Entered: 01/20/2004) |
| 01/09/2004 | 42 | MOTION by Michael G. Keselica to Supplement Record (thom) (Entered: 01/12/2004) |
| 01/06/2004 | 40 | NOTICE OF APPEAL OF [37-1] order by Michael G. Keselica. (thom) (Entered: 01/06/2004) |
| 01/06/2004 | 39 | MEMORANDUM ORDER granting [35-1] motion by Michael G. Keselica to solely Proceed in Forma Pauperis on appeal and will not confer in forma pauperis status on petitioner in any matter in the USDC; ( signed by Magistrate Judge David G. Lowe ) Copies Mailed: y [EOD Date: 1/6/04] (thom) (Entered: 01/06/2004) |
| 01/05/2004 | 41 | USCA Order consolidates the cases No. 03-7543 and 04-6005 for further appellate action (thom) (Entered: 01/07/2004) |
| 01/05/2004 | | USCA Case Number Re: [38-1] appeal by Michael G. Keselica CASE MANAGER: Amy Brandon USCA NUMBER: 04-6005 (thom) (Entered: |

| | | |
|---|---|---|
| | | 01/07/2004) |
| 12/19/2003 | | Copy of Notice of Appeal, Judgment and Docket Sheet sent to USCA; re: [38-1] Appeal by Michael G. Keselica (walk) (Entered: 12/19/2003) |
| 12/15/2003 | 38 | NOTICE OF APPEAL OF [37-1] order by Michael G. Keselica. Copies sent to J. Michael Stouffer, Attorney General (cgar) (Entered: 12/16/2003) |
| 12/04/2003 | 37 | ORDER denying [33-1] motion by Michael G. Keselica for relief from Order, denying [32-1] motion by Michael G. Keselica to Alter Judgment, denying [32-2] motion by Michael G. Keselica to Amend [30-1] order; appeal w/in 30 (thirty days ( signed by Magistrate Judge David G. Lowe ) Copies Mailed: yes [EOD Date: 12/4/03] (cgar) (Entered: 12/04/2003) |
| 10/30/2003 | 36 | REPLY by Michael G. Keselica to response to [33-1] motion by Michael G. Keselica for relief from Order (thom) (Entered: 10/30/2003) |
| 10/27/2003 | 35 | MOTION by Michael G. Keselica to Proceed in Forma Pauperis on appeal (thom) (Entered: 10/28/2003) |
| 10/27/2003 | 34 | RESPONSE by Attorney General to [33-1] motion by Michael G. Keselica for relief from Order (thom) (Entered: 10/28/2003) |
| 10/14/2003 | 33 | MOTION by Michael G. Keselica for relief from Order (thom) (Entered: 10/14/2003) |
| 10/08/2003 | | USCA Case Number Re: [31-1] appeal by Michael G. Keselica CASE MANAGER: Amy Brandon USCA NUMBER: 03-7543 (thom) (Entered: 10/10/2003) |
| 10/02/2003 | | Copy of Notice of Appeal, Judgment and Docket Sheet sent to USCA: re: [31-1] Appeal by Michael G. Keselica (walk) (Entered: 10/02/2003) |
| 09/30/2003 | 32 | MOTION by Michael G. Keselica to Alter Judgment , or by Michael G. Keselica to Amend [30-1] order (thom) (Entered: 10/01/2003) |
| 09/23/2003 | 31 | NOTICE OF APPEAL OF [30-1] order, [29-1] order by Michael G. Keselica; (thom) (Entered: 09/23/2003) |
| 09/15/2003 | | Case closed (khan) (Entered: 09/15/2003) |
| 09/15/2003 | 30 | ORDER granting [19-1] motion by Attorney General to Dismiss. Petitioner's claims are DISMISSED and the petitionis DENIED. Petitioner may appeal within 30 days of the date of entry hereof. ( signed by Magistrate Judge David G. Lowe ) Copies Mailed: y [EOD Date: 9/15/03] (khan) (Entered: 09/15/2003) |
| 09/15/2003 | 29 | MEMORANDUM OPINION ( signed by Magistrate Judge David G. Lowe ) Copies Mailed: y (khan) (Entered: 09/15/2003) |
| 07/07/2003 | 28 | ORDER denying [5-1] motion by Attorney General, J. Michael Stouffer to Dismiss without prejudice; the Court will consider the arguments therein only to extent that they are incorporated by reference by Respondent's 2/14/03 motion to dismiss; ( signed by Magistrate Judge |

| | | |
|---|---|---|
| | | David G. Lowe ) Copies Mailed: y [EOD Date: 7/7/03] (thom) (Entered: 07/07/2003) |
| 05/09/2003 | | Prisoner Payment paid in the amount:$ 17.50 Receipt: 68298 (kste) (Entered: 05/09/2003) |
| 03/28/2003 | 27 | Supplemental MEMORANDUM by J. Michael Stouffer in support of [1-1] petition (included with Response to Motion) (thom) (Entered: 04/01/2003) |
| 03/28/2003 | 27 | RESPONSE by Michael G. Keselica to [19-1] motion by Attorney General to Dismiss (thom) (Entered: 04/01/2003) |
| 03/20/2003 | 26 | MEMORANDUM ORDER; upon review of petitioner's submissions, Keselica is granted leave to proceed in forma pauperis; it is so ORDERED ( signed by Magistrate Judge David G. Lowe ) Copies Mailed: yes [EOD Date: 3/20/03] (cmcc) (Entered: 03/20/2003) |
| 03/17/2003 | | STATE COURT RECORDS received from Fairfax County (additional records rec'd with amended table of contents placed with previous State Court Records rec'd) (thom) (Entered: 03/19/2003) |
| 03/17/2003 | | CASE reassigned to Magistrate Judge David G. Lowe (kste) (Entered: 03/17/2003) |
| 03/17/2003 | 25 | CONSENT to trial by Magistrate by Michael G. Keselica (kste) (Entered: 03/17/2003) |
| 03/12/2003 | 24 | CONSENT to trial by Magistrate by J. Michael Stouffer, Attorney General (kste) (Entered: 03/12/2003) |
| 03/06/2003 | | STATE COURT RECORDS received from Fairfax County Circuit Court (three transcripts, one green folder and one manilla folder) placed in brown expandable file (thom) (Entered: 03/07/2003) |
| 03/06/2003 | 23 | ORDER granting [22-1] motion by Michael G. Keselica to Extend Time to 3/26/03 to respond to Motion to Dismiss; ( signed by Magistrate Judge David G. Lowe ) Copies Mailed: yes [EOD Date: 3/6/03] (cgar) (Entered: 03/06/2003) |
| 02/25/2003 | 22 | MOTION by Michael G. Keselica to Extend Time to 3/26/03 to respond to Motion to Dismiss (thom) (Entered: 02/26/2003) |
| 02/19/2003 | 21 | MEMORANDUM ORDER granting [14-1] motion by Attorney General for Leave to File Supplement Response and the Respondent is granted an extension of twenty days from date of entry hereof to file a response to petitioner's claim. (signed by Magistrate Judge G. Lowe ) Copies Mailed: y [EOD Date: 2/19/03] (thom) (Entered: 02/19/2003) |
| 02/14/2003 | 20 | MEMORANDUM by Attorney General in support of [19-1] motion by Attorney General to Dismiss by Attorney General, [19-1] answer (thom) (Entered: 02/19/2003) |
| 02/14/2003 | 19 | MOTION by Attorney General to Dismiss (included with Supplemental Rule 5 Answer) (thom) (Entered: 02/19/2003) |

| | | |
|---|---|---|
| 02/14/2003 | 19 | Supplemental Rule 5 answer by Attorney General (thom) (Entered: 02/19/2003) |
| 02/14/2003 | 18 | Roseboro Notice by Attorney General (thom) (Entered: 02/19/2003) |
| 02/10/2003 | 17 | MOTION by Attorney General to Extend Time to 2/14/03 to file supplemental response (thom) (Entered: 02/10/2003) |
| 02/03/2003 | 16 | RESPONSE (Supplemental) by Michael G. Keselica to [5-1] motion by Attorney General, J. Michael Stouffer to Dismiss (thom) (Entered: 02/04/2003) |
| 01/13/2003 | 15 | Supplemental MEMORANDUM by Michael G. Keselica in support of [1-1] petition (thom) (Entered: 01/14/2003) |
| 01/09/2003 | 14 | MOTION by Attorney Generalfor Leave to File Supplement Response (Response to Petitioner's Reply to Respondent's Motion to Dismiss rec'd and placed on left) (thom) (Entered: 01/10/2003) |
| 12/31/2002 | 13 | MEMORANDUM by Michael G. Keselica in support of [1-1] petition (thom) (Entered: 12/31/2002) |
| 12/31/2002 | 12 | REPLY by Michael G. Keselica to response to [5-1] motion by Attorney General, J. Michael Stouffer to Dismiss (thom) (Entered: 12/31/2002) |
| 12/20/2002 | 11 | ORDER granting [8-1] motion by Michael G. Keselica to Extend Time to 1/23/03 to respond ( signed by Magistrate Judge David G. Lowe ) Copies Mailed: y [EOD Date: 12/20/02] (thom) (Entered: 12/20/2002) |
| 12/18/2002 | 10 | (Supplemental) MEMORANDUM by J. Michael Stouffer, Attorney General in support of [5-1] motion to Dismiss by Attorney General, J. Michael (attachments placed in brown expandable)(thom) Modified on 12/19/2002 (Entered: 12/19/2002) |
| 12/18/2002 | 9 | Roseboro Notice by Attorney General (thom) (Entered: 12/19/2002) |
| 12/12/2002 | 8 | MOTION by Michael G. Keselica to Extend Time to 1/23/03 to answer (w/sketch Order rec'd) (thom) (Entered: 12/12/2002) |
| 12/06/2002 | 7 | Roseboro Notice by J. Michael Stouffer, Attorney General (thom) (Entered: 12/09/2002) |
| 12/06/2002 | 6 | MEMORANDUM by J. Michael Stouffer, Attorney General in support of [5-1] motion by Attorney General, J. Michael Stouffer to Dismiss (thom) (Entered: 12/09/2002) |
| 12/06/2002 | 5 | MOTION by Attorney General, J. Michael Stouffer to Dismiss (thom) (Entered: 12/09/2002) |
| 11/05/2002 | 4 | MEMORANDUM ORDER that the filing fee is waived; the petition is filed; resp is to file responsive pleadings within 30 days of receipt of this order; the resp will treat this order as a request for the state court records is deemed pertinent and available; petitioner must first exhaust all state court remedies; pet reminded of rule 5 requirements; clerk is directed to serve the resp. by mailing a copy of this order and a copy of the petitions |

| | | |
|---|---|---|
| | | ( signed by Magistrate Judge David G. Lowe ) Copies Mailed: yes [EOD Date: 11/5/02] (mful) (Entered: 11/05/2002) |
| 10/02/2002 | 3 | MEMORANDUM ORDER that in response to petitioner's inquiry he is informed that: Keselica v. Stouffer et al., 3:02CV634 is closed and all further submissions should bear the civil action no. of 3:02CV575; although Keselica v. Stouffer et al., 3:02CV634 is closed, the present action, Keselica v. Stouffer et al., 3:02CV575 is on the petition filed in Keselica v. Stouffer et al., 3:02CV634; finally, the Court will not provide free copies of Keselica's submissions; the Court charges $.50 per page; the petition should specify the documents to the Clerk and they will inform him of cost of copies; ( signed by Magistrate Judge David G. Lowe ) Copies Mailed: y [EOD Date: 10/2/02] (thom) (Entered: 10/02/2002) |
| 09/05/2002 | 3 | #3-2 ORDER that the present action is consolidated with 3:02CV634 for all purposes, all submissions shall be filed in this civil action (3:02CV575) ( signed by Magistrate Judge David G. Lowe ) Copies Mailed: y [EOD Date: 5/13/03](scoo) Modified on 05/13/2003 (Entered: 05/13/2003) |
| 09/05/2002 | | Consolidated Lead Case consolidated with 3:02CV634 (scoo) (Entered: 09/05/2002) |
| 09/04/2002 | 2 | ORDER that the petition is conditionally filed pending payment of any assessed filing fee, the Clerk is directed to process petitioner's motion for leave IFP....... ( signed by Magistrate Judge David G. Lowe ) Copies Mailed: yes [EOD Date: 9/4/02] (scoo) (Entered: 09/04/2002) |
| 08/13/2002 | 1 | PETITION for writ of habeas corpus; (thom) (Entered: 08/14/2002) |
| 08/09/1945 | | USCA LETTER that a timely petition for rehearing has been filed; (thom) (Entered: 08/10/2004) |



| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/14/2006 14:35:04 | | | |
| **PACER Login:** | dg1773 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:02-cv-00575-DGL |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |