V I R G I N I A:

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

COMMONWEALTH OF VIRGINIA ) CRIMINAL NO. 87970

VERSUS )

MICHAEL GEORGE KESELICA ) INDICTMENT - EMBEZZLEMENT

On February 8, 1995, the Commonwealth's Attorney, the Defendant, MICHAEL GEORGE KESELICA, and Robert L. Deichmeister, Counsel for the Defendant, appeared before this Court. The Defendant is indicted for the felony of EMBEZZLEMENT and he appeared while on bond.

The Defendant was arraigned upon the indictment and the Defendant entered a plea of not guilty.

The Court, Commonwealth's Attorney, the Defendant and Counsel for the Defendant agreed that this would be a bifurcated trial.

Twenty veniremen were sworn and examined on their voir dire and found to be competent and qualified jurors. The Commonwealth's Attorney and Counsel for the Defendant alternately struck the names of four of the veniremen. The remaining twelve constituted the Jury and were sworn.

The Jury heard opening statements of the Commonwealth's Attorney and of Counsel for the Defendant and all of the evidence presented by the Commonwealth.

At the conclusion of the evidence presented, Counsel for the Defendant moved the Court to strike the evidence presented by the Commonwealth. The Court, after hearing argument, denied the motion.

Counsel for the Defendant advised the Court that the Defendant wished to withdraw the previous plea of not guilty and wished to enter a plea of guilty.

DD

/ljr
70

The Defendant was re-arraigned upon the indictment, and the Defendant, in person and in writing signed by him, entered a plea of guilty. The Court accepted the plea of guilty and made it part of the record after making specific inquiries of the Defendant and determining that the plea was made voluntarily and with full understanding of the nature of the charge and the consequences of the plea.

In consideration of the Defendant's plea of guilty and the evidence heard, the Court found MICHAEL GEORGE KESELICA guilty of EMBEZZLEMENT as charged.

The Court granted the Defendant's motion to refer this case to the District Probation Officer for investigation and report before sentencing This case was continued to April 21, 1995 at 10:00 a.m., for sentencing.

Counsel for the Defendant moved the Court to continue the Defendant on bond, which motion the Commonwealth's Attorney objected to, and the Court after hearing argument, denied the motion.

The Court **ORDERED** that any bond previously set in this case be revoked.

The Jury was recalled and discharged.

The Defendant was remanded to the custody of the Sheriff.

ENTERED on February 10, 1995.

JUDGE STANLEY P. KLEIN

/ljr
70