V I R G I N I A:

IN THE CIRCUIT COURT OF FAIRFAX COUNTY

| | | |
|---|---|---|
| COMMONWEALTH OF VIRGINIA | ) | CRIMINAL NO. 87970 |
| VERSUS | ) | |
| MICHAEL GEORGE KESELICA | ) | INDICTMENT - EMBEZZLEMENT |

**FINAL ORDER**

On June 16, 1995, the Commonwealth's Attorney, the Defendant, MICHAEL GEORGE KESELICA, and John K. Zwerling, Counsel for the Defendant, appeared before this Court. The Defendant is convicted of the felony of EMBEZZLEMENT.

This case came on this day for argument on the Defendant's motion to reconsider the sentence imposed on April 21, 1995, which motion the Court, after hearing argument, granted. The Court **ORDERED** that the sentence imposed on April 21, 1995, to wit: twelve (12) years in the Penitentiary House of this Commonwealth with all but thirty (30) months suspended, be reduced to twelve (12) year in the Penitentiary House of this Commonwealth with all but one (1) year and three hundred sixty-four (364) days suspended. All other terms and conditions of the Final Order entered on May 4, 1995, remain in full force and effect.

The fee of the Court Reporter who recorded the evidence and incidents of trial in this case is assessed as costs, as provided in § 19.2-165 of the 1950 Code of Virginia, as amended.

Entered on June 26, 1995.

JUDGE STANLEY P. KLEIN