UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL KESELICA, Petitioner, | : | |
| v. | : | CA 06-448 ML |
| WARDEN MCCAULEY, ACI, and COMMONWEALTH OF VIRGINIA, Respondents. | : | |

**ADDENDUM TO**
**MEMORANDUM AND ORDER**
**ISSUED DECEMBER 8, 2006**

In the Memorandum and Order Denying Six Motions Filed by Petitioner (Document ("Doc.") #15) ("Memorandum and Order of 12/8/06"), the Court noted that Petitioner's Motion for Filing Authorization (Doc. #9) had been filed with this Court and not with the United States Court of Appeals for the First Circuit. See Memorandum and Order of 12/8/06 at 12 n.9. The Court stated "[s]uch a motion must be filed directly with the First Circuit." Id. While this statement is true, in light of Petitioner's pro se status, the Court deems it advisable to reiterate that the appropriate court of appeals from which Petitioner must obtain leave to file a second or successive habeas application appears to be the Fourth Circuit. See Memorandum and Order of 12/8/06 at 11 n.8. Footnote 9 should not be read as suggesting that Petitioner seek such leave from the First Circuit.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
December 11, 2006

BY ORDER:

Deputy Clerk