UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL G. KESELICA,
Petitioner

v.

WARDEN MCCAULEY, ACI
and
COMMONWEALTH OF VIRGINIA
Respondents

CA 06-448 ML

PETITIONER'S OBJECTION AND MOTION FOR RECONSIDERATION TO THIS COURT'S MEMORANDUM AND ORDER DENYING SIX MOTIONS FILED BY PETITIONER

NOW COMES Petitioner, Michael Keselica, prose, and objects to this Court's December 8, 2006 Memorandum and Order Denying Six Motions Filed By Petitioner and moves for reconsideration of Petitioner's Response to Respondents Objection to Invoke Jurisdiction and in support thereof states the following:

1. On November 30, 2006, Petitioner received the State of Rhode Island's Objection to Motion to Invoke Jurisdiction and Objection to Petitioner's Request for Permission to File a Successive Subsection 2254 Petition for Writ of Habeas Corpus.

2. Immediately thereafter, on November 30, 2006, Petitioner filed a Response to Respondents Objection to Petitioner's Request for Permission to File a Successive Subsection 2254 Petition ("First Response"). In his cover letter to the Clerk, with his Response, Petitioner noted to the Clerk the fact that Petitioner's Response to Respondents Objection to Invoke Jurisdiction ("Second Response") was being mailed to the Court and Respondent in the next couple of

days.

3. However, this Court did not wait for Petitioner's Second Response before issuing their December 8, 2006 Memorandum and Order Denying Six Motions Filed By Petitioner. This Court did note, however, (Page 8, Note 6), the receipt of Petitioner's First Response.

WHEREFORE Petitioner objects to this Court's December 8, 2006 Memorandum and Order for its failure to consider Petitioner's Second Response and moves this Court to reconsider the denial of Petitioner's Motion to Invoke Jurisdiction based on the arguments raised by Petitioner in his "Second Response" prior to Petitioner seeking Appellate Relief in the U.S. Court of Appeals for the First Circuit.

Respectfully submitted,

Michael Koselica
#131867
P.O. Box 8249
Cranston, RI 02920

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of December, 2006 a copy of the foregoing was mailed postage paid first class to Christopher R. Bush, 150 South Main Street, Providence, RI 02903

Michael Koselica