UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL KESELICA

v. C.A. 06-448ML

WARDEN MCCAULEY, ACI
and COMMONWEALTH OF VIRGINIA

ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin filed on December 19, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion to Stay is DENIED.

BY ORDER:

Mary M. Lisi
Chief U.S. District Judge
January 18, 2007

Entered as an Order of this Court on January 19, 2007

Barbara Barletta
Deputy Clerk