# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MICHAEL KESELICA

v. **C.A. NO: 06-448ML**

**WARDEN MCCAULEY, ACI**
**and COMMONWEALTH OF VIRGINIA**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendants, Warden McCauley, ACI and Commonwealth of Virginia, against the Plaintiff, Michael Keselica, per the Order dated January 18, 2007 accepting the Report and Recommendation of Magistrate Judge David L. Martin dated December 19, 2006 pursuant to Title 28 U.S.C. § 636(b)(1). The plaintiff's Motion to Stay is DENIED.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: January 19, 2007**